# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# NORTHERN DIVISION

UNITED STATES OF AMERICA,

    *Plaintiff,*

v.

ISABELLA LUCIA CLOUD,

    *Defendant.*
                                        /

Case No. 1:23-mj-30419

Patricia T. Morris
United States Magistrate Judge

## ORDER REGARDING DEFENDANT'S EXAMINATION TO DETERMINE MENTAL COMPETENCY

On February 20, 2024, the Undersigned entered an order granting the Government's Motion for Mental Health Evaluation, and committing Defendant Isabella Cloud to the custody of the Attorney General for the United States of America for examination and report as to her mental competency, pursuant to 18 U.S.C. § 4241, by a psychiatrist employed by the United States of America. (ECF No. 18.)

On March 5, 2024, the Court received e-mail correspondence from Sarah K. Allison, Consolidated Legal Center attorney at the Federal Bureau of Prisons, seeking permission to utilize a psychologist to perform Defendant's evaluation. The Court issued an order on March 6, 2024, directing that any objections to the request

be filed on or before March 12, 2024. (ECF No. 19). On March 6, 2024, Roy Kranz, Assistant United States Attorney for the United States Attorney's Office of the Eastern District of Michigan, advised the Court, via e-mail correspondence, that the Government had no objection to the request.

As the Government has advised the Court that they do not object to the request and the deadline to file any such objections has expired, the Court hereby **GRANTS** BOP's request to permit a psychologist to perform Defendant's mental examination.

Date: March 13, 2024                                S/ PATRICIA T. MORRIS
                                                    Patricia T. Morris
                                                    United States Magistrate Judge