UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                                Case No. 1:23-mj-30419

v.                                              Honorable Thomas L. Ludington
                                                  United States District Judge

ISABELLA LUCIA CLOUD,

                                                   Honorable Patricia T. Morris
        Defendant.                      United States Magistrate Judge
_____/

## ORDER EXTENDING TIME FOR EXAMINER TO SUBMIT REPORT AND EXCLUDING DELAY

On February 20, 2024, this Court granted the government's motion for defendant Isabella Lucia Cloud to undergo a psychological evaluation to determine whether Defendant was insane at the time of the offense charged under 18 U.S.C. § 4242 and whether Defendant is competent to stand trial under 18 U.S.C. §§ 4241. (ECF No. 21) The warden at the facility where Defendant was committed for evaluation sent a letter seeking a 30-day extension to complete Defendant's examination report because Defendant did not arrive at the center until April 11, 2024. *See* 18 U.S.C. § 4247(b) (permitting 30-day extension to complete psychological examination under § 4242 where director of facility applies for

extension and makes a good cause showing "that the additional time is necessary to observe and evaluate the defendant").

Finding good cause to grant the 30-day extension, because it is "necessary to observe and evaluate" Defendant, 18 U.S.C. § 4247(b), a 30-day extension will be granted.

Accordingly, it is **ORDERED** that the deadline for the examining psychiatrist or psychologist to submit the written report to this Court, defense counsel, and the Assistant United States Attorney is **ADJOURNED** to **June 26, 2024**.

Further, it is **ORDERED** that the additional time is **EXCLUDED** as delay under the Speedy Trial Act under 18 U.S.C. §§ 3161(h)(1)(A), (F).

Dated: June 17, 2024            s/PATRICIA T. MORRIS  
Patricia T. Morris  
United States Magistrate Judge